| | |
|---|---|
| Attorney(s): | ROBERT C. KRIEGER, ESQ. |
| Attorney Id No.: | 037051987 |
| Law Firm: | WYSOKER, GLASSNER, WEINGARTNER, GONZALEZ & LOCKSPEISER, P.A. |
| Address: | 340 GEORGE STREET |
| | NEW BRUNSWICK, NJ 08901 |
| Telephone No.: | (732) 545-3231 |
| Fax No.: | (732) 545-2366 |
| E-mail: | |
| Attorney(s) for Plaintiff(s): | |

**PAVLOS MEZES,**

Plaintiff(s)

vs.

**XPO LOGISTICS, et al**

Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MIDDLESEX COUNTY

DOCKET NO.: **MID-L-6103-21**

CIVIL ACTION

# Summons

**FROM THE STATE OF NEW JERSEY**

To the Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is provided and available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $ 175.00         and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A - CN 10792
Rev. 11/14   P2/15

Powered by


Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey statewide hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is provided and available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated: **October 25, 2021**

*Michelle M. Smith*

**MICHELLE M. SMITH**   *Clerk of the Superior Court*

Name of Defendant to be Served: **XPO LOGISTICS**

Address of Defendant to be Served: **50 Edgeboro Road**
**East Brunswick, NJ 08816**

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A - CN 10792
Rev. 11/14   P2/15

Powered by HOTdocs

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main Street
Hackensack, NJ 07601
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice, First Floor
101 South Fifth Street, Suite 150
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY**
Deputy Clerk of the Superior Court
9 North Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street, P.O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake, First Floor, Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Department
Brennan Court House, First Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Middlesex Vicinage
Second Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY**
Morris County Courthouse
Civil Division
Washington and Court Streets
P.O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

*Updated: 8/21/13*

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A - CN 10153
Rev. 8/13   P2/15

Powered by  HOTDOCS

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 3

ROBERT C. KRIEGER, ESQ. I.D. #037051987
RAUL I. GONZALEZ, ESQ. I.D. #034431983
DEANNA FISHER, ESQ. I.D. #025582008
WYSOKER, GLASSNER, WEINGARTNER,
GONZALEZ & LOCKSPEISER
A Professional Association
340 GEORGE STREET
NEW BRUNSWICK, NEW JERSEY 08901
(732) 545-3231
Attorney for Plaintiff

| | |
|---|---|
| PAVLOS MEZES, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY DOCKET NO. |
| Plaintiff(s) | : |
| vs. | : Civil Action |
| XPO LOGISTICS and/or JOHN DOES 1-20 (fictitious persons and/or entities), | : **COMPLAINT AND JURY DEMAND** |
| Defendant(s). | : |

Plaintiff Pavlos Mezes residing at 184 Prospect Street, South River, Middlesex County, New Jersey, complaining of the defendants, says:

### FIRST COUNT

1. On or about February 12, 2020 plaintiff Pavlos Mezes was the owner/operator of a motor vehicle which was traveling in a southerly direction on Route 18 in East Brunswick, New Jersey.

2. At the same time, the defendant John Does 1-5 (fictitious persons and/or entities) were the operator of a tractor trailer owned by defendant, XPO Logositics and/or John Does 6-10 (fictitious persons and/or entities) which was also traveling in a southerly direction on Route 18 in East Brunswick, New Jersey and moved from the center lane to the right lane forcing plaintiff's vehicle off of the road and into a utility pole.

3. Due to the negligence and carelessness of the defendants in the ownership,

maintenance, operation, control, and/or use of their motor vehicle a collision occurred.

4. As a result, the plaintiff Pavlos Mezes sustained severe personal injuries, causing great anguish and pain, requiring medical care and treatment, causing him to lose time from his usual duties and activities, and causing him to sustain other diverse losses in monies.

WHEREFORE, the plaintiff Pavlos Mezes demands judgment against the defendants XPO Logistics and/or John Does 1-10 (fictitious persons and/or entities), jointly severally and/or in the alternative for damages and costs of suit.

## SECOND COUNT

1. Plaintiff Pavlos Mezes repeats the First Count of the Complaint as though set forth herein.

2. Defendants, John Does 11-20 (fictitious persons and/or entities) were the owners and operators of the motor vehicles involved in the above escribed accident and their current identities are unknown.

WHEREFORE, the plaintiff Pavlos Mezes demands judgment against the defendants, John Does 11-20 (fictitious persons and/or entities), jointly, severally and/or in the alternative for damages and costs of suit.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues herein.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, ROBERT C. KRIEGER, ESQ., has been designated as trial counsel in connection with the above captioned matter.

## DEMAND FOR INTERROGATORIES

Plaintiff demands that defendants answer Form C and Form C1 of the interrogatories attached to the New Jersey Rules of Court.

## DEMAND FOR INSURANCE INFORMATION

Pursuant to Rule 4:10-2(b) plaintiff(s) demands that defendant(s) disclose the existence and contents of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

## SUPPLEMENTAL INTERROGATORIES

Plaintiff demands that defendants answer the following Supplemental Interrogatories:

1. Attach to these interrogatories exact copies of all photographs or other recording media depicting any and all motor vehicles involved in the subject accident, including but not limited to property damage photos.

2. Was defendant talking on or texting on the telephone just prior to the accident?
3. Was defendant familiar with the area of the accident; if so, describe how often defendant would drive in the area prior to the accident.

4. Was defendant issued any Summonses and/or Complaints with regards to this accident? If so, state the charge, plea and attach certified disposition.

5. Was defendant's motor vehicle repaired following the accident? If so, provide a copy of the repair invoice, or if the invoice is not available, state the total cost of the repair and the name and address of the business establishment where the motor vehicle was repaired?

6. Did defendant appear in Municipal Court following the accident; if so, provide the date when defendant appeared and the name and address of the Municipal Court.

7. Is the defendant's statement, which appears in the narrative section of the police report, complete and accurate? If not, explain why it is not complete and accurate.

8. Attach to these interrogatories the name, address and account number and account holder of defendant's cellular telephone on the date of the accident.

9. At the time of the subject motor vehicle accident, did defendant have any medical condition that required regular monitoring by a medical professional and/or the taking of prescription medication? If so, describe the medical conditions and list all prescription medications defendant was using.

## NOTICE TO PRODUCE

Demand is hereby made upon you pursuant to Rules 4:10-2 and 4:18-1 for you to produce for inspection and copying at the Law Offices of Wysoker, Glassner, Weingartner,

Gonzalez & Lockspeiser, P.A., 340 George Street, New Brunswick, New Jersey, on the 50th day following the service date of this notice, all of the documents and things listed on the attached:

You are requested to respond to this Notice to Produce in writing within the time requested above pursuant to Rule 4:18-1, and indicate in your response, on an item by item basis, the following:

a) the items you have produced;

b) the items you have not produced, but will allow inspection and copying of, as well as the location where such inspection and copying may be done, and your reason for non-production; and

c) the items you have not produced, and will not allow us to inspect and copy at all, and your reasons for this.
   NOTE: If you claim work product privilege or any other reasons for non-production of any item requested in this Schedule A. Please state your reason for refusing to produce each and every such item and without revealing contents, please describe and identify each and every such item, and state the name and address of its preparer, your relationship to its preparer, its date of preparation, its subject matter, and the name and address of its present custodian.

You may fax your responses, along with documents, which you are producing in response to this notice to us at (732) 545-2366.

1. **TRIAL DOCUMENTS AND THINGS PREPARED BY OR FOR YOU**: Any and all documents, reports, writings, drawings, graphs, charts, photographs, motion pictures, recordings, diagrams, or other things prepared by or for you, which contain or refer to any matter relevant to the subject matter involved in this pending action, and which you intend to introduce into evidence, or otherwise use at trial in this case.

2. **TRIAL DOCUMENTS AND THINGS PREPARED BY OR FOR OTHERS**: Any and all documents, reports, writings, drawings, graphs, charts, photographs, motion pictures, recordings, diagrams, or other things prepared by or for other persons firms or entities which you intend to introduce into evidence, or otherwise use at trial in this case.

3. **TRIAL DOCUMENTS AND THINGS GENERALLY**: Any and all documents, writings, reports, drawings, graphs, charts, photographs, motion pictures, recordings, diagrams, or other things, which you intend to introduce into evidence, or otherwise use at trial in this case.

4. **OTHER LAW SUITS GENERALLY**: A list of all other law suits or legal proceedings in which you have been a party, indicating the names of the parties, Docket Numbers, and Courts in which you filed, and copies of any and all pleadings, interrogatory questions and answers, depositions, document demands and responses, and requests for admissions from any and all such other law suits or legal actions, civil or criminal, to which you have been a party.

5. **OTHER SIMILAR LAW SUITS:** A list of all other law suits or legal proceedings involving accidents, incidents, occurrences, or events similar to those alleged in the Complaint or amended Complaint, or involving the same or similar products in question in this case, or involving the same premises in question in this case involving the same or similar injuries; in which you have been a party, indicating the names of the parties, Docket Numbers, and Courts in which you filed; and copies of any and all pleadings, interrogatory questions and answers, depositions, document demands and responses, and requests for admissions from any and all such other similar law suits or legal actions, civil or criminal, to which you have been a party.

6. **REPORTS MADE TO YOU:** Any reports made to you by any of your agents, servants or employees concerning the incident in question in this case. Werkheiser v. T.E. Warren, Inc., 142 N.J. Super. 405 (Law Div. 1976).

7. **PHOTOS, MOTION PICTURES AND DIAGRAMS:** Any photographs, motion pictures, drawings, or diagrams or other graphic representations of the accident scene, or of any of the parties to this action, or of any property involved in this action, or of any other object relevant to the subject matter or the issues in this action.

8. **EXPERTS-REPORTS AND OTHER RELEVANT DOCUMENTS AND THINGS:** The reports of any experts who you intend to call as witnesses at trial, and for each such expert:

   (a) Copies of all documents, correspondence, photography or other things provided to that expert prior to making his or her report, and

   (b) Copies of all documents, correspondence, photography or other things reviewed by that expert prior to making his or her report, and

   (c) Copies of all documents, correspondence, photography or other things relied on by that expert prior to making his or her report, and

   (d) Copies of that expert's Curriculum Vitae; and

   (e) Copies of any publications authored or co-authored by that expert; and

   (f) A list of all texts, treatises, and periodicals which that expert has in his or her office; and

   (g) A list of all texts, treatises, and periodicals which that expert has referred to at any time in his or her work in the field of his or her expertise; and

   (h) A list of all texts, treatises, and periodicals which that expert considers standard texts, treatises, or periodicals in the field of his or her expertise; and

   (i) Copies of W-2 and or 1099 Forms received by that expert showing income received from expert consultation work for the past five years for work done as an expert.

9. **INTERROGATORY DOCUMENT REQUESTS:** Any and all documents and things that you were requested to attach to your answers to all Interrogatory questions propounded by any parties to this litigation.

10. **ANSWERS TO INTERROGATORIES:** Copies of any and all answers to Interrogatories that you have received from any parties to this litigation other than the party noticing this production.

11. **SUBPOENA OBTAINED DOCUMENTS:** Any and all reports, records, documents and things that you obtain through the use of any Subpoena or Subpoenas.

12. **DOCUMENTS REFERRED TO IN PLEADINGS:** Any and all documents, papers, or other things referred to in any pleadings filed in this case. (Rule 4:18-2).

13. **EYEWITNESS LIST:** A list identifying and describing all witnesses to the accident, events, or occurrences alleged in the Complaint, including their names, addresses, telephone numbers, and occupations, to the extent known to you.

14. **TRIAL WITNESS LIST:** A list of every witness who you intend to call to testify at trial, indicating that witness' name, address, telephone number, and a summary of the fact or facts you expect to establish by the testimony of each witness.

15. **CAUSATION:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that your acts and conduct were not a contributing cause in fact of any of the injuries and/or damages claimed.

16. **NEGLIGENCE:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that you were not negligent in causing the events and damages alleged in the Complaint.

17. **COMPARATIVE NEGLIGENCE:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that comparative negligence in causing the events and damages alleged in the Complaint.

18. **NEGLIGENCE OF OTHERS:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that the negligence of any other person, persons, firms or entities caused, or contributed to causing the events and damages alleged in the Complaint.

19. **WRITTEN STATEMENTS OR ADMISSIONS OF PROPOUNDING PARTY:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that the party propounding these production requests has made any written statements or written admissions of any kind concerning any aspect of this case.

20. **NONWRITTEN STATEMENTS OR ADMISSIONS OF PROPOUNDING PARTY:** Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that the party

propounding these production requests has made any non-written statements or admissions of any kind concerning any aspect of this case.

21. **WRITTEN STATEMENTS OR ADMISSIONS OF OTHER THAN PROPOUNDING PARTY**: Each and every document and thing of any kind whatsoever on which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that any persons, firms or entities other than the party propounding these production requests has made any written statement or admissions of any kind concerning any aspects of this case.

22. **NONWRITTEN STATEMENTS OR ADMISSIONS OF OTHER THAN PROPOUNDING PARTY**: Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that any persons, firms or entities other than the party propounding these production requests has made any non-written statements or admissions of any kind concerning any aspect of this case.

23. **CRIMINAL CONVICTIONS**: Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that any parties to this suit, or any witness named in any Interrogatories or deposition, has ever been convicted of, or entered a plea of guilty to, any criminal charge other than a traffic violation or disorderly persons offense.

24. **SUBJECT MATTER JURISDICTION**: Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that the Court in which this action has been filed lacks subject matter jurisdiction.

25. **IN PERSONAM JURISDICTION**: Each and every document and thing of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that the Court in which this action has been filed lacks personal (in personam) jurisdiction over the party or parties to whom these Interrogatories are directed.

26. **MEDICAL CARE BILLS-FAIR AND REASONABLE IN AMOUNT**: Each and every document and thing, including expert reports, of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that any bills submitted by you for care and treatment provided by any hospitals, medical or chiropractic doctors, physical therapists, or other medical care providers, are fair and reasonable in amount.

27. **MEDICAL CARE BILLS-TRUE AND CORRECT COPIES**: Each and every document and thing, including expert reports, of any kind whatsoever which you intend to introduce into evidence at trial, or rely upon in any way at trial, to show that any bills submitted by you for care and treatment by any hospitals, medical or chiropractic doctors, physical therapists, or other medical care providers, are true and correct copies of the originals.

                                              WYSOKER, GLASSNER, WEINGARTNER,
                                              GONZALEZ & LOCKSPEISER
                                              Attorneys for the Plaintiff

                                              By: _____

Dated: October 18, 2021                          ROBERT C. KRIEGER

## CERTIFICATION

I, as attorney for the plaintiff(s) in the above-entitled matter, certify that all the known parties involved in the within action have been named in the within complaint and I am unaware at this time of any other pending litigation or arbitration proceeding.

_____
ROBERT C. KRIEGER

DATED: October 18, 2021

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-006103-21**

| | |
|---|---|
| Case Caption: MEZES PAVLOS VS XPO LOGISTICS | Case Type: AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD) |
| Case Initiation Date: 10/20/2021 | |
| Attorney Name: ROBERT C KRIEGER | Document Type: Complaint with Jury Demand |
| Firm Name: WYSOKER GLASSNER WEINGARTNER ET AL | Jury Demand: YES - 6 JURORS |
| | Is this a professional malpractice case? NO |
| Address: 340 GEORGE STREET NEW BRUNSWICK NJ 08901 | Related cases pending: NO |
| | If yes, list docket numbers: |
| Phone: 7325453231 | Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO |
| Name of Party: PLAINTIFF : Mezes, Pavlos | |
| Name of Defendant's Primary Insurance Company (if known): Unknown | Are sexual abuse claims alleged by: Pavlos Mezes? NO |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
   If yes, for what language:

Please check off each applicable category: Putative Class Action? NO   Title 59? NO   Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

| | |
|---|---|
| 10/20/2021 | /s/ ROBERT C KRIEGER |
| Dated | Signed |

MID L 006103-21   10/21/2021 4:28:33 AM   Pg 1 of 1   Trans ID: LCV20212447163

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK      NJ 08903-2633

                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 645-4300
COURT HOURS   8:30 AM - 4:30 PM

                        DATE:   OCTOBER 20, 2021
                        RE:     MEZES PAVLOS   VS XPO LOGISTICS
                        DOCKET: MID L -006103 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:   HON JOSEPH REA

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (732) 645-4300 EXT 88373.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH   R.4:5A-2.
                        ATTENTION:
                                  ATT: ROBERT C. KRIEGER
                                  WYSOKER GLASSNER WEINGARTNER E
                                  340 GEORGE STREET
                                  NEW BRUNSWICK      NJ 08901

ECOURTS